# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ALLISON BONANNO

    vs                            Case No. 5:10cv25-SPM/MD

MICHAEL J. ASTRUE

_____

## ORDER

Plaintiff's **MOTION TO PROCEED IN FORMA PAUPERIS (received 2/18/2010)**, was referred to the undersigned with the following deficiencies:

    **Signature Blocks.** The typed or printed name, The Florida Bar or other state bar number of the attorney, address (including the nine-digit zip code), telephone, facsimile number of the attorney (or Pro Se party) filing the document, and a notation of which party the attorney represents (counsel for plaintiff or defendant) shall be included in the signature block. An original signature must be affixed to any document which is filed in paper form. The electronic signature, which is the equivalent of an original written signature, is described above. - *See* Fed. R. Civ. P. 11(a); N.D.Fla. Loc. R. 5.1(B)(5).

    **Electronic Case Filing Required**; Administrative Order. All documents in civil and criminal cases shall be filed by electronic means, except that documents in cases filed pro se (prisoner and non-prisoner), and documents in other categories of cases (or types of documents) identified by Administrative Order, shall continue to be filed in paper form. A judicial officer may grant other exceptions for good cause. - *See* NDFla Loc R 5.1(A)(1),(2)

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

    Other:

DONE and ORDERED this 19th day of February, 2010.

                                          /s/ *Miles Davis*
                                          MILES DAVIS
                                          UNITED STATES MAGISTRATE JUDGE